UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  408-535-5363

November 3, 2016

RE: 16-cv-05508-HRL  Borillo v. Legal Recovery Law Offices, Inc.

Default is entered as to LEGAL RECOVERY LAW OFFICES, INC. on November 3, 2016.

Susan Y. Soong, Clerk

/s/
by: Patty Cromwell
Case Systems Administrator