UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMIL BORILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>        Defendant. | Case No. 16-CV-05508-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 20 |

    This case is an action for declaratory relief that was referred to Magistrate Judge Howard Lloyd. On November 1, 2016, Plaintiff moved for entry of default against Defendant because Defendant failed to appear or respond to the Complaint. ECF No. 8. On November 3, 2016, the Clerk entered default. ECF No. 9. On February 17, 2017, Plaintiff filed a motion for default judgment. ECF No. 15. Defendant still has not appeared in this case, has not responded to the Complaint, and has not responded to Plaintiffs' motion for default judgment.

    On May 5, 2017, Judge Lloyd filed and served a Report and Recommendation, which recommended that the Court enter default judgment against Defendant. *See* ECF No. 20. No

1

Case No. 16-CV-05508-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT

1  objections have been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P.
2  72(b)(2).

  Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Court adopts the Report and Recommendation.  Plaintiffs' motion for default judgment is GRANTED.  Pursuant to Judge Lloyd's Report and Recommendation, the Court hereby enters a total judgment of $3,992.50 in favor of Plaintiffs as follows:

- Plaintiff is awarded $750 in statutory damages under the FDCPA;
- Plaintiff's request for statutory damages under the Rosenthal Act is denied because the complaint does not assert such a claim;
- Plaintiff is awarded $2,772.50 in attorney's fees; and
- Plaintiff is awarded $470.00 in costs.

**IT IS SO ORDERED.**

Dated: May 24, 2017

_____
LUCY H. KOH
United States District Judge

2
Case No. 16-CV-05508-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT