UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMIL BORILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>            Defendant. | Case No. 16-CV-05508-LHK<br><br>**JUDGMENT** |

On May 24, 2017, the Court adopted Magistrate Judge Lloyd's Report and Recommendation, and the Court granted Plaintiffs' motion for default judgment. ECF No. 22. Accordingly, the Clerk shall enter judgment in favor of Plaintiff. Pursuant to Judge Lloyd's Report and Recommendation, judgment shall be entered as follows:

- Plaintiff is awarded $750 in statutory damages under the FDCPA;
- Plaintiff's request for statutory damages under the Rosenthal Act is denied;
- Plaintiff is awarded $2,772.50 in attorney's fees; and
- Plaintiff is awarded $470.00 in costs.

The Clerk shall close the file.

Case No. 16-CV-05508-LHK
JUDGMENT

1

**IT IS SO ORDERED.**

Dated: May 24, 2017

_____
LUCY H. KOH
United States District Judge